| **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gayatri Hotels, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Quality Inn & Suites Baymeadows** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4919027** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8333 Dix Ellis Trail**<br>**Jacksonville, FL**<br>ZIP Code **32256** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Duval** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**4443 Carriage Oak Lane**<br>**Orange Park, FL**<br>ZIP Code **32065** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gayatri Hotels, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>  Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

           _____
           (Name of landlord that obtained judgment)

           _____
           (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Gayatri Hotels, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Jason A. Burgess**
Signature of Attorney for Debtor(s)

**Jason A. Burgess 40757**
Printed Name of Attorney for Debtor(s)

**The Law Offices of Jason A. Burgess, LLC**
Firm Name

**2350 Park Street**
**Jacksonville, FL 32204**

_____
Address

**Email: jason@jasonaburgess.com**

**904-521-9868**
Telephone Number

**October 13, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Amit Patel**
Signature of Authorized Individual

**Amit Patel**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 13, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Florida

In re   **Gayatri Hotels, Inc.**                               Case No. _____

                                      Debtor(s)              Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Amit Patel<br>6744 White Blossom Cir.<br>Jacksonville, FL 32258 | Amit Patel<br>6744 White Blossom Cir.<br>Jacksonville, FL 32258 | Shareholder Loan | | 186,809.18 |
| Assa Abloy Hospitality Inc.<br>631 International Pkwy<br>Ste. 100<br>Richardson, TX 75081 | Assa Abloy Hospitality Inc.<br>631 International Pkwy<br>Ste. 100<br>Richardson, TX 75081 | Electric Lock<br>Provider/Servicer | | 2,163.00 |
| Chetan Patel<br>12 Woodfall Ct.<br>Brunswick, GA 31525 | Chetan Patel<br>12 Woodfall Ct.<br>Brunswick, GA 31525 | Shareholder Loan | | 108,972.02 |
| Coastal Elevator Service<br>11290 St. Johns Industrial<br>Suite 3<br>Jacksonville, FL 32246 | Coastal Elevator Service<br>11290 St. Johns Industrial<br>Suite 3<br>Jacksonville, FL 32246 | Elevator Service<br>Provider | | 2,160.00 |
| Duval County Tax Collector<br>231 E Forsyth St # 130<br>Jacksonville, FL 32202 | Duval County Tax Collector<br>231 E Forsyth St # 130<br>Jacksonville, FL 32202 | Tangible Property<br>Taxes 2010 | | 6,697.11 |
| First Coast Pool Service<br>215 W. Davis Idustrial<br>Ste. 1<br>Saint Augustine, FL 32084 | First Coast Pool Service<br>215 W. Davis Idustrial<br>Ste. 1<br>Saint Augustine, FL 32084 | Pool Services<br>Provider | | 743.00 |
| Florida Dept. of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Florida Dept. of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Sales & Use Tax | | 15,076.00 |
| Guard Insurance Group<br>P.O. Box A-H<br>16 South River Street<br>Wilkes Barre, PA 18703 | Guard Insurance Group<br>P.O. Box A-H<br>16 South River Street<br>Wilkes Barre, PA 18703 | Former Insurance<br>Provider (Workers<br>Comp) | | 2,187.00 |
| Interline Brands, Inc.<br>801 W. Bay Street<br>Jacksonville, FL 32204 | Interline Brands, Inc.<br>801 W. Bay Street<br>Jacksonville, FL 32204 | Service Provider | | 2,082.00 |
| Narendra Patel<br>4443 Carriage Oak Lane<br>Orange Park, FL 32065 | Narendra Patel<br>4443 Carriage Oak Lane<br>Orange Park, FL 32065 | Shareholder Loan | | 15,567.43 |
| Prem Sales Ltd<br>6021 Ave A<br>Lubbock, TX 79404 | Prem Sales Ltd<br>6021 Ave A<br>Lubbock, TX 79404 | A/C<br>Supplier/Servicer | | 3,828.00 |

In re  **Gayatri Hotels, Inc.**                                    Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| _Name of creditor and complete mailing address including zip code_ | _Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted_ | _Nature of claim (trade debt, bank loan, government contract, etc.)_ | _Indicate if claim is contingent, unliquidated, disputed, or subject to setoff_ | _Amount of claim [if secured, also state value of security]_ |
| **Rogers & Young Investment 10511 Mery Lou Drive Orlando, FL 32825** | **Rogers & Young Investment 10511 Mery Lou Drive Orlando, FL 32825** | **8333 Dix Ellis Trail, Jacksonville, Florida 32256 (Hotel)** | | **50,000.00 (1,778,749.00 secured) (4,991,472.84 senior lien)** |
| **Safemark Systems, Inc. 2101 Park Center Dr. Ste. 125 Orlando, FL 32835** | **Safemark Systems, Inc. 2101 Park Center Dr. Ste. 125 Orlando, FL 32835** | **127 Safes throughout Hotel** | | **37,056.00 (0.00 secured)** |
| **Small Business Admin 409 3rd Street SW Washington, DC 20416** | **Small Business Admin 409 3rd Street SW Washington, DC 20416** | **8333 Dix Ellis Trail, Jacksonville, Florida 32256 (Hotel)** | | **1,877,597.52 (1,778,749.00 secured) (3,113,875.32 senior lien)** |
| **Swann Hadley Stump Dietrich 1031 W. Morse Blvd Ste 350 Winter Park, FL 32789** | **Swann Hadley Stump Dietrich 1031 W. Morse Blvd Ste 350 Winter Park, FL 32789** | **Attorney's Fees** | | **3,000.00** |
| **The Jacksonville Bank 100 North Laura Street Suite 1000 Jacksonville, FL 32202** | **The Jacksonville Bank 100 North Laura Street Suite 1000 Jacksonville, FL 32202** | **8333 Dix Ellis Trail, Jacksonville, Florida 32256 (Hotel)** | | **3,003,781.23 (1,778,749.00 secured) (110,094.09 senior lien)** |
| **Upchurch Watson White & Max 1060 Maitland Center Commons Ste 440 Maitland, FL 32751** | **Upchurch Watson White & Max 1060 Maitland Center Commons Ste 440 Maitland, FL 32751** | **Mediator Fees** | | **525.00** |
| | | | | |
| | | | | |
| | | | | |

In re   **Gayatri Hotels, Inc.**                                  Case No.   _____

                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date  **October 13, 2011**                Signature   **/s/ Amit Patel**
                                              **Amit Patel**
                                              **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Gayatri Hotels, Inc.
4443 Carriage Oak Lane
Orange Park, FL 32065

Chetan Patel
12 Woodfall Ct.
Brunswick, GA 31525

Interline Brands, Inc.
801 W. Bay Street
Jacksonville, FL 32204

Jason A. Burgess
The Law Offices of Jason A. Burgess, LLC
2350 Park Street
Jacksonville, FL 32204

Chetan Patel
12 Woodfall Ct.
Brunswick, GA 31525

Internal Revenue Service
400 West Bay St.
Jacksonville, FL 32202

Amit Patel
6744 White Blossom Cir.
Jacksonville, FL 32258

Choice Hotels International
10750 Columbia Pike
Silver Spring, MD 20901

Narendra Patel
4443 Carriage Oak Lane
Orange Park, FL 32065

Amit Patel
6744 White Blossom Cir.
Jacksonville, FL 32258

Coastal Elevator Service
11290 St. Johns Industrial
Suite 3
Jacksonville, FL 32246

Narendra Patel
4443 Carriage Oak Lane
Orange Park, FL 32065

Amit Patel
6744 White Blossom Cir.
Jacksonville, FL 32258

Duval County Tax Collector
231 E Forsyth St # 130
Jacksonville, FL 32202

Narendra Patel
4443 Carriage Oak Lane
Orange Park, FL 32065

Amit Patel
6744 White Blossom Cir.
Jacksonville, FL 32258

Duval County Tax Collector
231 E Forsyth St # 130
Jacksonville, FL 32202

Narendra Patel
4443 Carriage Oak Lane
Orange Park, FL 32065

Assa Abloy Hospitality Inc.
631 International Pkwy
Ste. 100
Richardson, TX 75081

First Coast Pool Service
215 W. Davis Idustrial
Ste. 1
Saint Augustine, FL 32084

Prem Sales Ltd
6021 Ave A
Lubbock, TX 79404

Chetan Patel
12 Woodfall Ct.
Brunswick, GA 31525

Florida Dept. of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

Rogers & Young Investment
10511 Mery Lou Drive
Orlando, FL 32825

Chetan Patel
12 Woodfall Ct.
Brunswick, GA 31525

Guard Insurance Group
P.O. Box A-H
16 South River Street
Wilkes Barre, PA 18703

Safe Mark
c/o MANUEL SOCIAS
822 Menendez Ct
Orlando, FL 32801

Safemark Systems, Inc.
2101 Park Center Dr.
Ste. 125
Orlando, FL 32835


Small Business Admin
409 3rd Street SW
Washington, DC 20416


Swann Hadley Stump Dietrich
1031 W. Morse Blvd
Ste 350
Winter Park, FL 32789


The Jacksonville Bank
100 North Laura Street
Suite 1000
Jacksonville, FL 32202


Upchurch Watson White & Max
1060 Maitland Center Commons
Ste 440
Maitland, FL 32751

# United States Bankruptcy Court
## Middle District of Florida

In re    **Gayatri Hotels, Inc.**                  Case No.          

                               Debtor(s)             Chapter     **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---:|
    | For legal services, I have agreed to accept | $ | 13,961.00 |
    | Prior to the filing of this statement I have received | $ | 13,961.00 |
    | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **October 13, 2011**                    **/s/ Jason A. Burgess**

                                            **Jason A. Burgess 40757**
                                            **The Law Offices of Jason A. Burgess, LLC**
                                            **2350 Park Street**
                                            **Jacksonville, FL 32204**
                                            **904-521-9868**
                                            **jason@jasonaburgess.com**